JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 5:22-cv-01803-ODW (JCx) | Date | November 28, 2022 |
|---|---|---|---|
| Title | *Joseph Hayden Boston v. Warden* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On October 11, 2022, Plaintiff filed a Complaint without paying the applicable filing fee. (Compl., ECF No. 1; Notice re: Discrepancies, ECF No. 3.)  On October 11, 2022, the Court issued a Notice re: Discrepancies, warning Plaintiff that the action would be dismissed if Plaintiff did not either file a Request to Proceed without Prepayment of Filing Fees, or pay the filing fee, within thirty days of October 11, 2022.

As of today's date, Plaintiff has not paid the filing fee, nor has Plaintiff filed a Request to Proceed without Prepayment of Filing Fees.  Accordingly, the action is **DISMISSED**.  The Motion to Proceed as Next Friend and Motion to Dismiss Case are **DENIED AS MOOT**, (ECF No. 8), and all dates and deadlines previously set in this matter are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |